**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2201**

MICHAEL SMITH,

Plaintiff - Appellant,

versus

WASHINGTON SUBURBAN SANITARY COMMISSION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:04-cv-02288-RDB)

Submitted: February 15, 2007       Decided: February 20, 2007

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Smith, Appellant Pro Se. Claudia Koenig, WASHINGTON SUBURBAN SANITARY COMMISSION, Laurel, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Smith appeals the district court's order dismissing his civil action alleging employment discrimination and related claims. We have reviewed the record and find no reversible error. Accordingly, we deny Appellee's motion to strike Smith's informal brief and affirm for the reasons stated by the district court. <u>Smith v. Washington Suburban Sanitary Comm'n</u>, No. 1:04-cv-02288-RDB (D. Md. Oct. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>